IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESTATE OF SCHADEMAN, In re, and BELVA A. GATZEMEYER, | ) ) ) | 4:10CV3078 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| FLORENCE E. SCHINCKE, et al., | ) ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 1st day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge